# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN LEE BAILEY,

    Petitioner,

vs.

ISIDRO BACA, et al.,

    Respondents.

Case No. 3:15-cv-00541-RCJ-WGC

**ORDER**

    Petitioner has submitted a petition for a writ of habeas corpus.  The court dismisses this action because petitioner did not pay the filing fee and did not file an application to proceed in forma pauperis (#1), complete with a signed financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account.  The clerk of the court shall enter judgment accordingly and close this action.

///

///

///

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

DATED: This 18th day of December, 2015.

_____
ROBERT C. JONES
United States District Judge